

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00143-CV

## IN THE GUARDIANSHIP OF CHRISTOPHER JAMES KLING,
## AN INCAPACITATED PERSON

**From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 489-G**

# ORDER

A response is requested to the Texas Health and Human Services Commission's *Emergency* Motion to Suspend Enforcement of Order, which was filed with the Clerk of this Court on July 16, 2019. Any response must be filed with the Clerk of this Court within 10 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Order issued and filed July 23, 2019
RWR

